JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE GLYNN, an individual, | CASE NO. 2:21-cv-03643-FMO-AS |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| vs. | |
| SPROUTS FARMERS MARKET, INC., a Delaware Corporation; and DOES 1 through 110, Inclusive, | |
| Defendants. | |

///

///

///

# ORDER

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed with prejudice in its entirety, each side to bear her/its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: __November 23__, 2021

_____/s/_____
Honorable Fernando M. Olguin
United States District Judge